# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 650 |
| | : | |
| ORDER AMENDING | : | SUPREME COURT RULES |
| PENNSYLVANIA RULE OF | : | |
| EVIDENCE 611 | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 18th day of September, 2014, upon the recommendation of the Committee on Rules of Evidence; the proposal having been submitted without publication pursuant to Pa.R.J.A.103(a)(3) in the interests of efficient administration, and a *Final Report* to be published with this **ORDER**:

   **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 611 of the Pennsylvania Rules of Evidence is amended in the attached form.

   This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendment herein shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.